```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division                    JS - 6
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6595
     Facsimile: (213) 894-7177
     E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>            v.<br><br>$75,840.05 in U.S. CURRENCY AND $21,000.00 in U.S. CURRENCY,<br><br>                Defendants.<br><br>ELIZABETH SARDENETAS AND MISRAI ANDAYA,<br><br>                Claimants. | CV 11-6174-JAK (OPx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on July 26, 2011. Notice was given and published in accordance with law. Claimants Elizabeth Sardenetas and Misrai Andaya (collectively "Claimants") filed the only claims to the defendants $75,840.05 in U.S. currency

(comprised of $63,033.91, $9,368.50 and $3,437.64 seized on or about August 19, 2010 from Bank of America account numbers *****-*8684, *****-*1523 and *****-*1373, respectively, in the name of Sardenetas dba Sardenetas Cosmetics); and $21,000.00 in U.S. currency (collectively the "defendant currency").  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and Claimants have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

    A.   This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

    B.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

    C.   Notice of this action has been given in accordance with law.  All potential Claimants to defendants $75,840.05 in U.S. currency and $21,000.00 in U.S. currency other than Claimants are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

    D.   The United States of America shall have judgment as to $84,038.91 of the defendant currency, together with all interest earned by the government on $84,038.91 of the defendant currency, and no other person or entity shall have any right, title or interest therein.

    E.   $12,806.14 of the defendant currency, together

1  with all interest earned by the government on that amount since
2  seizure, shall be paid to Claimants not later than forty-five
3  (45) from the date of the entry of this judgment by electronic
4  transfer directly into the account entitled "Paul L. Gabbert,
5  Client Trust Account."  Claimants' counsel agrees to provide
6  appropriate financial institution account information within 10
7  days of execution of this consent judgment.
8           F.   Claimants hereby release the United States of
9  America, its agencies, agents, and officers, including employees
10 and agents of the United States Drug Enforcement Administration,
11 from any and all claims, actions or liabilities arising out of or
12 related to this action, including, without limitation, any claim
13 for attorney's fees, costs or interest which may be asserted on
14 behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or
15 otherwise.
16 ///
17 ///
18 ///

   G. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 19, 2011

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: October   , 2011  ANDRÉ BIROTTE JR.
          United States Attorney
          ROBERT E. DUGDALE
          Assistant United States Attorney
          Chief, Criminal Division
          STEVEN R. WELK
          Assistant United States Attorney
          Chief, Asset Forfeiture Section

          _____
          JENNIFER M. RESNIK
          Assistant United States Attorney
          Asset Forfeiture Section

          Attorneys for Plaintiff
          United States of America

DATED: October___, 2011

          _____
          PAUL GABBERT
          Attorney for Claimants
          ELIZABETH SARDENETAS and
          MISRAI ANDAYA