```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JENNIFER M. RESNIK
    Assistant United States Attorney
 6  Asset Forfeiture Section
    (Cal. State Bar # 233634)
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6595
 9       Facsimile: (213) 894-7177
         E-mail: jennifer.resnik@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $75,840.05 in U.S. CURRENCY ) <br> AND $21,005.00 in U.S. ) <br> CURRENCY, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> ELIZABETH SARDENETAS AND ) <br> MISRAI ANDAYA, ) <br> ) <br> Claimants. ) <br> ) <br> _____ ) | CV 11-6174-JAK (OPx) <br><br> **AMENDED CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on July 26, 2011. Notice was given and published in accordance with law. Claimants Elizabeth Sardenetas and Misrai Andaya (collectively "Claimants") filed the only claims to the defendants $75,840.05 in U.S. currency

(comprised of $63,033.91, $9,368.50 and $3,437.64 seized on or about August 19, 2010 from Bank of America account numbers *****-*8684, *****-*1523 and *****-*1373, respectively, in the name of Sardenetas dba Sardenetas Cosmetics); and $21,005.00 in U.S. currency (collectively the "defendant currency"). No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and Claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

A.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.  The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.  Notice of this action has been given in accordance with law. All potential Claimants to defendants $75,840.05 in U.S. currency and $21,005.00 in U.S. currency other than Claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.  The United States of America shall have judgment as to $84,038.91 of the defendant currency, together with all interest earned by the government on $84,038.91 of the defendant currency, and no other person or entity shall have any right, title or interest therein.

E.  To the extent said funds have not already been

returned to Claimant pursuant to the consent judgment of forfeiture entered October 19, 2011, $12,806.14 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to Claimants not later than forty-five (45) from the date of the entry of this judgment by electronic transfer directly into the account entitled "Paul L. Gabbert, Client Trust Account."  If he has not already done so, Claimants' counsel agrees to provide appropriate financial institution account information within 10 days of execution of this consent judgment.

      F.   Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the Claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

///
///
///

G. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: December 2, 2011

_____
THE HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

Dated: November 21, 2011        ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                        /s/
                                _____
                                JENNIFER M. RESNIK
                                Assistant United States Attorney
                                Asset Forfeiture Section

                                Attorneys for Plaintiff
                                United States of America

DATED: November_21, 2011


                                        /s/
                                _____
                                PAUL GABBERT
                                Attorney for Claimants
                                ELIZABETH SARDENETAS and
                                MISRAI ANDAYA